| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAY 16 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CRUZ LEANDRO MARTINEZ-LEIVA,

    Petitioner,

  v.

MERRICK B. GARLAND, Attorney General,

    Respondent.

No. 22-1495

Agency No. A208-554-098

ORDER

    Respondent's unopposed motion for remand to the Board of Immigration Appeals (Dkt. 53) is granted. Petitioner Martinez-Leiva's removal shall be stayed pending a decision on this matter by the Board of Immigration Appeals. The parties shall bear their own fees and costs. This order shall serve as the mandate of this court.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT